# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | **CRIM. NO.** 22-0020-TFM |
| **v.** | * | **USAO NO. 21R00308** |
| | * | |
| **JEFFREY SIKES** | * | **VIOLATIONS:** |
| *a.k.a. "Kenneth Allen"* | * | **18 U.S.C. § 844(n)** |
| **SEAN BOTTORFF** | * | **18 U.S.C. § 844(i)** |
| *a.k.a. "Sean McFarland"* | * | |
| **MICHAEL BOTTORFF** | * | |
| **QUINTON OLSON** | * | **FILED UNDER SEAL** |
| **ALEXANDER OLSON** | * | |

FILED IN OPEN COURT
FEB 23 2022
CHARLES R. DIARD, JR
CLERK

## UNITED STATES' MOTION TO SEAL INDICTMENT

COMES NOW the United States of America by and through Sean P. Costello, the United States Attorney for the Southern District of Alabama, and moves this Court to seal the Indictment returned in the above-captioned case for 30 days.

The FBI intends to arrest these defendants in late February or early March 2022. Presently, none of the defendants are aware of the Indictment or the full scope of this investigation. Knowledge of the Indictment prior to their arrests will likely lead to them fleeing the area.

Accordingly, the best interests of this case and the public interest will be served by causing the Indictment to temporarily be sealed. *United States v. Edwards,* 777 F.2d 644, 647 (11th Cir. 1985) (an indictment may be sealed for reasons beyond locating and gaining custody over the defendant, including public interest, sound reasons of policy, or other sufficient reason). The sealing and pending notification will not prejudice any of the defendants. *United States v. Farias,* 836 F.3d 1315 (11th Cir. 2016).

**WHEREFORE,** the United States moves this Honorable Court to seal the Indictment for 30 days, or until the first co-defendant is arrested, whichever occurs first.

Respectfully submitted on February 22, 2022.

> SEAN P. COSTELLO
> UNITED STATES ATTORNEY
>
> By: */s/ Christopher J. Bodnar*
> Christopher J. Bodnar
> Assistant United States Attorney
> 63 S. Royal Street, Suite 600
> Mobile, Alabama 36602
> Telephone: (251) 441-5845