Case 1:22-cr-00020-TFM-N    Doc# 71    Filed 03/23/22    Page 1 of 15    PageID# 327



CJB/KSH

FILED IN OPEN COURT

MAR 23 2022

CHARLES R. DIARD, JR.
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * CRIM. NO. 22-cr-00020-TFM |
| v. | * USAO NO. 21R00308 |
| | * |
| JEFFERY SIKES | * VIOLATIONS: |
|    a.k.a. "Kenneth Allen" | * 18 U.S.C. § 844(n) |
| SEAN BOTTORFF | * 18 U.S.C. § 844(i) |
|    a.k.a. "Sean McFarland" | * 18 U.S.C. § 1951(a) |
| MICHAEL BOTTORFF | * |
| QUINTON OLSON | * |
| ALEXANDER OLSON | * |

## SUPERSEDING INDICTMENT

**THE GRAND JURY CHARGES:**

### INTRODUCTION

1. **JEFFERY SIKES**, *a.k.a.*, "**Kenneth Allen**," age 40, of Kearney, Nebraska is a federal fugitive. In April 2017, **JEFFERY SIKES** pleaded guilty to wire fraud in the District of Nebraska. Prior to sentencing, **JEFFERY SIKES** disappeared along with his wife and an individual who is identified throughout this superseding indictment as "M.S."

2. **SEAN BOTTORFF**, *a.k.a.*, "**Sean McFarland**," age 37, of Kearney, Nebraska is the brother-in-law of **JEFFERY SIKES**. **SEAN BOTTORFF** and his wife disappeared around the same time as **JEFFERY SIKES**.

3. **MICHAEL BOTTORFF**, age 21, of Kearney, Nebraska is the stepson of **SEAN BOTTORFF**. After his mother and stepfather disappeared, **MICHAEL BOTTORFF** lived with his high school classmate **QUINTON OLSON** in Nebraska.

4. **QUINTON OLSON**, age 21, of Kearney, Nebraska is a high school friend of **MICHAEL BOTTORFF** and younger brother of **ALEXANDER OLSON**.

1

5. **ALEXANDER OLSON**, age 23, of Kearney, Nebraska is the older brother of **QUINTON OLSON**.

6. At the time of the offenses set out in Counts One through Four, **JEFFERY SIKES, SEAN BOTTORFF, MICHAEL BOTTORFF, QUINTON OLSON, ALEXANDER OLSON,** and M.S. all lived together in a rental house in Lillian, Alabama.

## COUNT ONE
## Conspiracy to Maliciously Destroy by Fire
## Title 18, United States Code, Section 844(n)

7. Beginning before May 27, 2021, and continuing at least through on or about June 11, 2021, in the Southern District of Alabama, and elsewhere, the defendants,

**JEFFERY SIKES,
SEAN BOTTORFF,
MICHAEL BOTTORFF,
QUINTON OLSON, and
ALEXANDER OLSON**

did knowingly, willfully, and unlawfully combine, conspire, confederate, and agree with each other, with M.S., and with others, both known and unknown to the grand jury, to maliciously damage and destroy, and attempt to damage and destroy, by means of fire, buildings and other personal and real property as described below used in activities affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 844(i).

### OBJECTIVE OF THE CONSPIRACY

8. The objective of this conspiracy was to affect interstate and foreign commerce by maliciously setting fires to damage and destroy Walmart stores and the property within them. Specifically, the fires were maliciously set to force Walmart, Inc. to meet demands related to interstate and foreign commerce set forth by the conspirators in their manifesto (identified herein as "The Walmart Manifesto").

## MANNER AND MEANS OF THE CONSPIRACY

9. To achieve the conspiracy's objective, multiple conspirators maliciously set fires inside four Walmart stores during regular business hours while customers, vendors, and employees were present inside and outside the stores.

10. Specifically, the manner and means of this conspiracy included, but were not limited to, the following events:

11. Prior to May 27, 2021, **JEFFERY SIKES** directed his co-conspirators to begin stealing articles of clothing from various stores for use in an upcoming operation. Thereafter, **SEAN BOTTORFF, MICHAEL BOTTORFF, QUINTON OLSON, ALEXANDER OLSON,** and M.S. stole the clothing later worn to disguise the true identities of **JEFFERY SIKES, ALEXANDER OLSON,** and M.S. while they were setting the malicious fires described below.

### Malicious Fires at Store One — Mobile, Alabama

12. On May 27, 2021, **SEAN BOTTORFF** drove **JEFFERY SIKES, ALEXANDER OLSON,** and M.S. in **MICHAEL BOTTORFF's** minivan from Lillian, Alabama to the Walmart located on the I-65 Service Road in Mobile, Alabama (herein, "Store One").

13. During the drive, **JEFFERY SIKES** distributed lorazepam pills to **ALEXANDER OLSON** and M.S. Lorazepam is a controlled substance often prescribed for anxiety. **ALEXANDER OLSON** and M.S. consumed the lorazepam during the drive.

14. At **JEFFERY SIKES'** direction, **SEAN BOTTORFF** parked **MICHAEL BOTTROFF's** minivan several blocks away from Store One. Once parked, **JEFFERY SIKES, ALEXANDER OLSON,** and M.S. exited the minivan while **SEAN BOTTORFF** stayed behind to be the get-away driver.

15. At approximately 1:54 pm,[1] **JEFFERY SIKES**, **ALEXANDER OLSON**, and M.S. entered Store One heavily disguised in the clothing previously stolen by various co-conspirators. **JEFFERY SIKES** entered Store One via the garden center entrance whilst **ALEXANDER OLSON** and M.S. entered through a front entrance.

16. After entering, all three moved around Store One separately until 2:01 pm when they briefly converged in the outdoor goods section.

17. At 2:06 pm, surveillance footage shows M.S. pushing a shopping cart with a bottle of lighter fluid in it.

18. At 2:11 pm, **JEFFERY SIKES** took a bottle of lighter fluid from a display rack and handed it to **ALEXANDER OLSON**.

19. At 2:20 pm, **JEFFERY SIKES** sprayed lighter fluid onto a clothing rack in the men's clothing section. Four minutes later, surveillance footage shows smoke coming from the area where **JEFFERY SIKES** sprayed the lighter fluid.

20. Between 2:13 pm and 2:27 pm, M.S. made multiple trips into the men's clothing section. During one trip, surveillance footage shows a pair of brown pants in M.S.'s cart. Walmart Security later found these brown pants in the men's clothing section doused with lighter fluid and with burn marks.

21. At 2:31 pm, **ALEXANDER OLSON** sprayed lighter fluid onto rags in the hardware section and ignited them.

22. At 2:26, 2:32, and 2:33 pm, respectively, **JEFFERY SIKES**, M.S., and **ALEXANDER OLSON** each exited Store One, walked out of the parking lot, and headed back to **MICHAEL BOTTORFF's** minivan where **SEAN BOTTORFF** was waiting for them.

---

[1] All times and phone call lengths in this superseding indictment are approximate.

### Malicious Fire at Store Two— Mobile, Alabama

23.     On May 28, 2021, **ALEXANDER OLSON** drove himself and M.S. in **MICHAEL BOTTORFF**'s minivan from Lillian, Alabama to the Walmart located on Rangeline Road in Mobile, Alabama (herein, "Store Two.")

24.     During the drive, **ALEXANDER OLSON** and M.S. consumed lorazepam pills provide to them by **JEFFERY SIKES** before they left their Lillian house.

25.     **ALEXANDER OLSON** parked **MICHAEL BOTTORFF**'s minivan several blocks away on Noble Drive. **ALEXANDER OLSON** and M.S., both disguised in the stolen clothing, walked towards Store Two.

26.     At 3:22 and 3:24 pm, respectively, M.S. and **ALEXANDER OLSON** entered Store Two through the garden center entrance. Initially, they moved around the store separately. While moving separately, M.S. entered the bathroom twice and can be seen on surveillance footage putting on gloves.

27.     At 3:31 pm, M.S. and **ALEXANDER OLSON** briefly converged in the pet food section before splitting up and walking in different directions.

28.     At 3:33 pm, M.S. walked into the hardware section and a lit a malicious fire. M.S. left the section less than a minute later as smoke and flames erupted from the hardware section.

29.     At 3:35 pm, M.S. exited Store Two via the garden center, walked behind the building, and then back towards Noble Drive.

30.     Between 3:35 and 3:36, **ALEXANDER OLSON** walked towards the front exit. When customers started noticing the smoke and flames, **ALEXANDER OLSON** ran out the exit.

31.     At 3:38 pm, surveillance footage shows **ALEXANDER OLSON** walking behind Store Two towards Noble Drive as customers and employees are evacuating the store.

32.     After setting the malicious fire in Store Two, **ALEXANDER OLSON** and M.S. rendezvoused at **MICHAEL BOTTORFF's** minivan.

33.     At 3:53 pm, **ALEXANDER OLSON** called **SEAN BOTTORFF** for 2 minutes and 37 seconds. At the time of this call, **ALEXANDER OLSON's** phone was connected to the cell tower nearest to Store Two.

### Burner Phone Purchase — Daphne, Alabama

34.     After the malicious fire was set inside Store Two, **ALEXANDER OLSON** drove **MICHAEL BOTTORFF's** minivan to the Walmart located on Highway 98 in Daphne, Alabama. **ALEXANDER OLSON** parked in the parking lot and entered the store while M.S. remained in the vehicle.

35.     **ALEXANDER OLSON** used cash to purchase a Tracfone, identified herein as the "Burner Phone." Before leaving the store, **ALEXANDER OLSON** used his personal cell phone to call **SEAN BOTTORFF** for 1 minutes and 3 seconds. Several minutes after this call, **ALEXANDER OLSON** and M.S. left the Daphne Walmart parking lot in **MICHAEL BOTTORFF's** minivan.

36.     Less than two minutes after leaving the Daphne Walmart, **ALEXANDER OLSON** called **MICHAEL BOTTORFF** for 2 minutes and 35 seconds. Another call from **ALEXANDER OLSON** to **SEAN BOTTORFF** occurred approximately ten minutes later.

### The Burner Phone First Used — Daphne, Alabama

37.     Several hours after **ALEXANDER OLSON** purchased the Burner Phone, the Burner Phone connected to free WIFI at a motel located approximately 2 miles north of the Daphne Walmart on Highway 98.

38.     While connected to the motel's free WIFI, the Burner Phone was used to create the

Gmail account theveteransorder@gmail.com. All e-mails discussed in this superseding indictment as having been sent using the Burner Phone were sent from this e-mail address.

39. After creating the Gmail account, the Burner Phone's camera was used to take pictures of a six-page document identified herein as "The Walmart Manifesto." Supposedly written by a group called "*The Veterans Order*," the document is officially entitled "*Declaration of War and Demands for the People*." It references the malicious fires, makes a series of demands on Walmart related to the company's interstate and foreign commerce business practices, and threatens further malicious fires if Walmart does not comply with the demands. It is signed with a seal pressed into melted red wax.

40. Contrary to the claimed authorship, The Walmart Manifesto was actually written by **SEAN BOTTORFF** at **JEFFERY SIKES'** direction. It was edited by individuals known to the grand jury. The design for the seal was created by **SEAN BOTTORFF**. M.S. used **SEAN BOTTORFF's** design to carve the seal out of wood.

41. After taking pictures of The Walmart Manifesto, the Burner Phone was used to look up various local news station in Mobile, Alabama.

42. At 11:01 pm, the Burner Phone was used to send an e-mail to a local Mobile news station. The e-mail, entitled "*The Veterans Order*" included pictures of The Walmart Manifesto as attachments, but did not contain any message in the e-mail itself.

43. Four minutes after this first local news station was contacted, **MICHAEL BOTTORFF** twice attempted to call **ALEXANDER OLSON**.

44. Between 11:27 pm and 11:41 pm, the Burner Phone was used to send three similar e-mails to local Mobile news stations. The e-mails had no messages but contained as attachments the pictures of The Walmart Manifesto taken by the Burner Phone an hour earlier.

45. Less than one minute after the final e-mail was sent using the Burner Phone, **MICHAEL BOTTORFF** called **ALEXANDER OLSON** for 27 seconds. Thereafter, the Burner Phone disconnected from the motel's free WIFI.

### Malicious Fires at Store Three— Gulfport, Mississippi

46. On June 4, 2021, **SEAN BOTTORFF** drove **JEFFERY SIKES**, **ALEXANDER OLSON**, and M.S. in **MICHAEL BOTTOFF's** minivan from Lillian, Alabama, to the Walmart located on Highway 49 in Gulfport, Mississippi (herein, "Store Three").

47. During the drive, **JEFFERY SIKES** distributed lorazepam pills to **ALEXANDER OLSON** and M.S.

48. **SEAN BOTTORFF** parked **MICHAEL BOTTORFF's** minivan several blocks away from Store Three. **ALEXANDER OLSON** and M.S. exited wearing the stolen clothing as disguises. **JEFFERY SIKES** and **SEAN BOTTORFF** remained in the vehicle.

49. At 1:21 pm, **ALEXANDER OLSON** and M.S. walked together across a field towards a dance school located behind Store Three.

50. At 1:25 and 1:27 pm, respectively, **ALEXANDER OLSON** and M.S. entered Store Three via different front entrances, and the two separately walked around the store.

51. Between 1:27 and 1:33 pm, M.S. was in both the home goods and the sporting goods sections. While there, M.S. set malicious fires in each section.

52. At 1:35 pm, M.S. exited Store Three via the garden center as smoke can be seen on surveillance footage coming from both the home goods and the sporting goods sections. After exiting the Walmart, M.S. walked behind Store Three towards the dance school.

53. At 1:37 pm, **ALEXANDER OLSON** exited Store Three via the garden center, removed a pair of gloves, and walked behind Store Three towards the dance school.

54. After the malicious fires were set, **ALEXANDER OLSON** and M.S. met up with **JEFFERY SIKES** and **SEAN BOTTORFF** at **MICHAEL BOTTORFF**'s minivan.

### Period Between the Third and Fourth Series of Malicious Fires

55. Between 7:12 and 7:29 pm, the Burner Phone connected with a cell tower in Biloxi, Mississippi located approximately 7.5 miles from the site of the upcoming malicious fire. During this period, **SEAN BOTTORFF** made two phone calls to **ALEXANDER OLSON**.

56. Between 7:44 and 8:30 pm, the Burner Phone connected with a different cell tower in Biloxi one mile closer to the fourth Walmart store where a malicious fire would soon be set.

57. While connected to this tower, the Burner Phone was used to visit multiple local news station websites in both Mobile, Alabama, and Gulfport, Mississippi — the locations of the first three sets of malicious fires.

### Malicious Fire at Store Four— Biloxi, Mississippi

58. Later, on the night of June 4, 2021, **SEAN BOTTORFF** drove **JEFFERY SIKES**, **ALEXANDER OLSON**, and M.S. in **MICHAEL BOTTORFF**'s minivan to the Walmart located on Switzer Road in Biloxi, Mississippi (herein, "Store Four"). As was the case in Gulfport earlier that day, **SEAN BOTTORFF** parked a few blocks away, **ALEXANDER OLSON** and M.S. exited wearing the stolen clothing to disguise their identities, and **SEAN BOTTORFF** and **JEFFERY SIKES** remained with the vehicle.

59. Surveillance footage shows **ALEXANDER OLSON** and M.S. walking together towards Store Four on opposite sides of the road.

60. At 9:24 and 9:25 pm, respectively, M.S. and **ALEXANDER OLSON** entered Store Four near the produce section.

61. Between 9:25 and 9:28 pm, the co-conspirators walked separately around Store

Four with **ALEXANDER OLSON** appearing to trail M.S. from a distance.

62.     At 9:28 pm, M.S. put on gloves and entered the home goods section. A vendor noticed M.S. starting a fire in the home goods section of Store Four, and the vendor proceeded to chase her.

63.     At 9:30 pm, M.S. ran out an exit, then ran along the west side of Store Four, before running down Walmart Lane. Surveillance footage shows **ALEXANDER OLSON** ran down Walmart Lane a minute later.

64.     At 9:38 and 9:39 pm, **SEAN BOTTORFF** called **ALEXANDER OLSON** twice. At the time of these calls, both of their phones connected with the cell tower nearest to Store Four.

65.     At 9:43 pm, **MICHAEL BOTTORFF** called **QUINTON OLSON** for 7 seconds.

66.     At 10:05 pm, **ALEXANDER OLSON** twice call **SEAN BOTTORFF**.

67.     At 10:30 and 10:32 pm, respectively **ALEXANDER OLSON** attempted to call both **QUINTON OLSON** and **MICHAEL BOTTORFF**.

### More News Agencies Contacted — Spanish Fort, Alabama

68.     On June 11, 2021, one week after the third and fourth sets of malicious fires, the Burner Phone connected to free WIFI at a store in Spanish Fort, Alabama. At the same time the Burner Phone was connected to this WIFI, **QUINTON OLSON's** personal cell phone was connected to the cell tower nearest that same store. While the Burner Phone was connected to the store's WIFI, the following events occurred:

69.     Between 1:44 and 1:59 pm, the Burner Phone was used to make several internet searches for "*walmart fires*." It was then used to read multiple news stories about the attacks. In addition, the Burner Phone was used to find contact information for a specific foreign news outlet.

70.     At 1:58 pm, **MICHAEL BOTTORFF** called **QUINTON OLSON**. While

10

**QUINTON OLSON** and **MICHAEL BOTTORFF** were on this call, the Burner Phone was used to send an e-mail to the specific foreign news outlet mentioned above. The subject line of the e-mail read: *"We are the Veterans Order and we will not stop until change is made!"* The e-mail contained no message but attached were pictures of The Walmart Manifesto. **QUINTON OLSON** and **MICHAEL BOTTORFF** ended their call 14 seconds after this first e-mail was sent.

71. Between 2:02 and 2:30 pm, the Burner Phone was used to send numerous similar e-mails with pictures of The Walmart Manifesto to local, national, and international news agencies. Most e-mails contained no contents. However, e-mails to local news agencies in Biloxi and Jackson, Mississippi, respectively, contained the following messages: *"How many of these fires do we have to set for the news not to suppress this story and the evil caused by Walmart? We will not quit."* and *"How long will the news continue to suppress this story and the reasons behind these fires? We will not stop."*

## OVERT ACTS

72. To carry out the manner and means of this conspiracy, the conspirators committed numerous overt acts, including, but not limited to the following:

   a. On May 27, 2021, **SEAN BOTTORFF** drove **JEFFERY SIKES**, **ALEXANDER OLSON**, and M.S. in **MICHAEL BOTTORFF's** minivan to Store One in furtherance of this conspiracy.

   b. On May 27, 2021, **JEFFERY SIKES** set a malicious fire in Store One.

   c. On May 27, 2021, **ALEXANDER OLSON** set a malicious fire in Store One.

   d. On May 27, 2021, M.S. set a malicious fire in Store One.

   e. On May 28, 2021, **ALEXANDER OLSON** drove himself and M.S. in **MICHAEL BOTTORFF's** minivan to Store Two in furtherance of this conspiracy.

   f. On May 28, 2021, M.S. set a malicious fire in Store Two.

    g.    On May 28, 2021, **ALEXANDER OLSON** purchased the Burner Phone used to take and send pictures of The Walmart Manifesto.

    h.    On June 4, 2021, **SEAN BOTTORFF** drove **JEFFERY SIKES**, **ALEXANDER OLSON**, and M.S. in **MICHAEL BOTTORFF's** minivan to Store Three in furtherance of this conspiracy.

    i.    On June 4, 2021, M.S. set a malicious fire in Store Three.

    j.    On June 4, 2021, **SEAN BOTTORFF** drove **JEFFERY SIKES**, **ALEXANDER OLSON**, and M.S. in **MICHAEL BOTTORFF's** minivan to Store Four in furtherance of this conspiracy.

    k.    On June 4, 2021, M.S. set a malicious fire in Store Four.

    l.    On or about June 11, 2021, **QUINTON OLSON** sent an e-mail containing pictures of The Walmart Manifesto to a foreign news outlet in furtherance of this conspiracy.

All in violation of Title 18, United States Code, Section 844(n).

## COUNT TWO
### Malicious Destruction by Fire
### Title 18, United States Code, Section 844(i)

73.    The factual allegations set forth in paragraphs 12 through 22 of this superseding indictment are re-alleged in Count Two as though fully set forth herein.

74.    On or about May 27, 2021, in the Southern District of Alabama, the defendants,

**JEFFERY SIKES,**
**SEAN BOTTORFF,**
**ALEXANDER OLSON,**

aided and abetted each other and M.S. in maliciously damaging and destroying, and attempting to maliciously damage and destroy, by means of fire, the Walmart store located at 101 East I-65 Service Road South in Mobile, Alabama 36606, and personal and real property, which is used in and affects interstate and foreign commerce, in violation of Title 18, United States Code, Section 844(i).

## COUNT THREE
## Malicious Destruction by Fire
## Title 18, United States Code, Section 844(i)

75. The factual allegations set forth in paragraphs 23 through 33 of this superseding indictment are re-alleged in Count Three as though fully set forth herein.

76. On or about May 28, 2021, in the Southern District of Alabama, the defendant,

**ALEXANDER OLSON,**

aided and abetted M.S. in maliciously damaging and destroying, and attempting to maliciously damage and destroy, by means of fire, the Walmart store located at 5245 Rangeline Service Road South in Mobile, Alabama 36619, and personal and real property, which is used in and affects interstate and foreign commerce, in violation of Title 18, United States Code, Section 844(i).

## COUNT FOUR
## Conspiracy to Interfere with Commerce by Robbery
## Title 18, United States Code, Section 1951(a)

77. Beginning before June 2021, and continuing through on or about June 4, 2021, in the Southern District of Alabama, and elsewhere, the defendants,

**JEFFERY SIKES,**
**SEAN BOTTORFF, and**
**ALEXANDER OLSON**

did knowingly, willfully, and unlawfully combine, conspire, confederate, and agree with each other, with M.S., and with others both known and unknown to the grand jury, to obstruct, delay, and affect, and attempt to obstruct, delay and affect, commerce by robbery.

### OBJECTIVE OF THE CONSPIRACY

78. The objective of the conspiracy was to rob a bank by threat of force and violence to obtain money for the co-conspirators.

## Manner and Means of the Conspiracy

79. The manner and means of this conspiracy included, but were not limited to, the following events:

80. Prior to June 4, 2021, a device designed to look like an explosives vest was constructed in the co-conspirators' house in Lillian, Alabama. Attached to the vest were capped metal pipes, wires, and a phone.

81. On June 4, 2021, **SEAN BOTTORFF** drove **JEFFERY SIKES**, **ALEXANDER OLSON**, and M.S. in **MICHAEL BOTTORFF's** minivan from their house in Lillian, Alabama to coastal Mississippi.

82. After setting the malicious fire in Store Three (Gulfport) and before the malicious fire was set in Store Four (Biloxi), **SEAN BOTTORFF**, **JEFFERY SIKES**, **ALEXANDER OLSON**, and M.S. drove around the Gulfport/Biloxi area looking for a bank to rob. Eventually, **JEFFERY SIKES** picked a target and he directed **SEAN BOTTORFF** to park nearby.

83. Once parked, **ALEXANDER OLSON** unpacked the vest, handed it to **JEFFERY SIKES**, who put it on M.S. **SEAN BOTTORFF** handed M.S. a piece of paper and a pen, and **JEFFERY SIKES** directed M.S. to write a demand note stating that she was being held hostage and that if the bank teller did not give her money, then her vest would detonate. **JEFFERY SIKES** instructed M.S. to give the demand note to the teller, get the money, and come back to the minivan. **JEFFERY SIKES** also gave M.S. a walkie-talkie so she could communicate with the other co-conspirators during the robbery. Before exiting the vehicle, M.S. put on a coat to cover the vest so it would not be seen while she walked towards the bank.

84. M.S., outfitted with the vest and carrying the demand note and walkie-talkie, exited the minivan and began walking towards the bank with the intent of robbing it by threat of force

and violence. However, M.S. independently aborted her role in the plan before entering the bank. She returned the minivan and told **JEFFERY SIKES** that she did not carry out the robbery.

All in violation of Title 18, United States Code, Sections 1951(a).

A TRUE BILL

FOREMAN, UNITED STATES GRAND JURY
SOUTHERN DISTRICT OF ALABAMA

SEAN P. COSTELLO
UNITED STATES ATTORNEY
By:

_____
CHRISTOPHER J. BODNAR
Assistant United States Attorney

_____
KASEE S. HEISTERHAGEN
Assistant United States Attorney

_____
SEAN P. COSTELLO
Chief, Criminal Division

MARCH 2022